AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

2008 MAY -8  AM 10: 36

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For Revocation of Probation or Supervised Release) |
| | CASE NUMBER:   3:04-cr-205-J-20MCR |
| | USM NUMBER:   20275-017 |
| v. | |
| ERIC SCOTT BOYCE | Defendant's Attorney:   Henry M. Coxe, III (ret) |

## THE DEFENDANT:

__X__ admitted guilt to violation of charge number(s)___One and Two___ of the term of supervision.

_____ was found in violation of charge number(s)_____ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New criminal conduct, leaving the scene of an accident, while on supervision. | October 2007 |
| Two | Excessive use of alcohol. | October 2007 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s)_____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: May 8, 2008

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

DATE: May 8, 2008

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

| | |
|---|---|
| Defendant:    ERIC SCOTT BOYCE | Judgment - Page 2 of 2 |
| Case No.:    3:04-cr-205-J-20MCR | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of seven (7) months.

___X___ The Court makes the following recommendations to the Bureau of Prisons:
an institution that provides an alcohol rehabilitation program.

_____ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

_____ at _____ a.m.  p.m.  on _____.

_____ as notified by the United States Marshal.

___X___ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

___X___ before 2 p.m. on ___Monday, June 9, 2008___.

_____ as notified by the United States Marshal.

_____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL